IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERIC D. BLANDING,<br><br>     Plaintiff,<br><br>  v.<br><br>BOROUGH OF WOODLYNNE, et al.,<br><br>     Defendants. | Civil No. 20-20481 (KMW/AMD) |

**ORDER OF ADMINISTRATIVE TERMINATION**

This matter comes before the Court by way of telephonic status conference held on March 31, 2022, with Mitchell L. Goldfield, Esquire, appearing on behalf of the Plaintiff; and Eric Riso, Esquire, appearing on behalf of Defendants; and for the reasons set forth on the record, and for good cause shown:

IT IS on this **31st** day of **March 2022**,

**ORDERED** that this matter shall be, and is hereby, administratively terminated, without prejudice to any party's right to request that the matter be reopened for further proceeding; and it is further

**ORDERED** that the Court will conduct a telephonic status conference on **May 31, 2022 at 2:00 P.M.** Counsel shall

utilize the same dial-in instructions previously provided by the Court.

                                              s/ Ann Marie Donio
                                              ANN MARIE DONIO
                                              UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Karen M. Williams