

ZELLER & WIELICZKO, LLP
ATTORNEYS AT LAW

ZELLER & WIELICZKO, LLP
Eric J. Riso, Esquire
Attorney ID No.  028741992
Attorney for Defendants,
Borough of Woodlynne, Woodlynne
Police Department (improperly pled)
Officer Javier Acevedo, and
Officer Perez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

ERIC D. BLANDING,

     Plaintiff,

v.

BOROUGH OF WOODLYNNE,
WOODLYNNE POLICE DEPARTMENT,
OFFICER JAVIER ACEVEDO,
OFFICER PEREZ, JOHN/JANE DOES
1-10 and ABC CORPORATIONS 1-5,
Jointly, severally and/or in
the alternative,

     Defendants.

Civil Action No.
20-20481-RBK-AMD

**NOTICE OF APPEARANCE**

    Kindly enter my appearance for Defendants, Borough of Woodlynne,

Woodlynne Police Department (improperly pled), Officer Javier Acevedo,

and Officer Perez in the above entitled matter.

DATED:  April 1, 2022        ZELLER & WIELICZKO, LLP
                            Attorneys for Defendants,
                            Borough of Woodlynne, Woodlynne
                            Police Department (improperly pled)
                            Officer Javier Acevedo, and
                            Officer Perez

By: */s/ Eric J. Riso*
     Eric J. Riso, Esquire