## MITCHELL LEE GOLDFIELD
### ATTORNEY AT LAW
MEMBER OF PA AND NJ BAR

103 Fairway Terrace
Mt. Laurel, New Jersey 08054

(856) 783-7733
(856) 783-8884 (Fax)
goldfieldlawoffice@comcast.net

Paralegal:
856-783-7733 Ext. 2

July 15, 2022

The Honorable Ann Marie Donio, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & US.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: Eric D. Blanding vs. Borough of Woodlynne, et als.
No.: 1:20-cv-20481-RBK-AMD

Dear Judge Donio:

As the Court is aware, our office was ordered to submit Mr. Blanding's Affidavit today memorializing the reason(s) why he failed to appear for the independent medical examination scheduled by the defense in March, 2022.

While the Affidavit is prepared, it is awaiting Mr. Blanding's signature. Mr. Blanding is out of town in Virginia, attending to his gravely ill father. While our office has tried all available means to obtain Mr. Blanding's signature, such as fax and email, we, unfortunately, have been unsuccessful.

I expect Mr. Blanding to return to the area by Tuesday. Accordingly, it is respectfully requested that we be granted this brief extension to submit the requested Affidavit.

Thank you for your understanding.

Respectfully submitted,

MITCHELL LEE GOLDFIELD

MLG/nt
Cc: Eric J. Riso, Esq.