

**ZELLER & WIELICZKO, LLP**
ATTORNEYS AT LAW

Allen S. Zeller+   Matthew B. Wieliczko*

Amy L. Gillette
Eric J. Riso♦
Dean R. Wittman

*Also Member of NY Bar
+Also Member of DC Bar
♦Also Member of PA Bar

August 26, 2022

**VIA ELECTRONIC FILING**
Honorable Anne Marie Donio, U.S.M.J.
United States District Court of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

    **RE:  Eric Blanding v. Borough of Woodlynne, et al.**
        **Docket No.: 20-20481 (KMW/AMD)**
        **Our File No.: 6063-48-20**

Dear Judge Donio:

    As Your Honor will recall, this office represents Defendants, Borough of Woodlynne and Officers Javier Acevedo and Eddie Perez, in connection with the above-captioned matter. I am sending this letter as an update in advance of the Status Conference scheduled for Monday, August 29, 2022 at 11:00 a.m.

    Unfortunately, little has changed since my letter of August 10, 2022 (Doc. 52). Payment of the "no show" fee remains an issue, as does the scheduling of Plaintiff's deposition. While Mr. Goldfield and I have exchanged some e-mails, he has yet to confirm whether Mr. Blanding is, in fact, available to be deposed on August 31, 2022, which is the day after the current end date for fact discovery as per the Amended Scheduling Order entered by Your Honor on June 30, 2022 (Doc. 47). In fact, the last I heard from Mr. Goldfield in this regard was that Mr. Blanding was on his way back to Virginia because his father had just passed away and that he was waiting to get a firm commitment from him regarding his availability.

    Your Honor's time and attention to this matter is greatly appreciated. Should Your Honor have any questions or concerns, or need any additional information before our call on Monday, please do not hesitate to have chambers contact me.

                          Respectfully yours,

                          ZELLER & WIELICZKO, LLP

                   By: */s/ Eric J. Riso*
                        ERIC J. RISO, Esquire

**EJR**:kk
cc:  Mitchell Lee Goldfield, Esquire (via email)
     Denise Dorsey, Senior Claims Adjuster (via email)
     (Claim No: 65GL0000018331)