**goldfieldlawoffice <goldfieldlawoffice@comcast.net>**                    4/25/2023 11:27 AM

To Eric Riso <eriso@zwattorneys.com>

GA, Eric.
1. Regarding Officer Lewis, obviously much of his opinions will be based upon your clients ' dep testimony. But as we have discussed,  the case, in part, revolves around whether reasonable force was used on the d/i.
2. Regarding Thursday,  right now I'm iffy. Still experiencing a terrible exacerbation. In fact, following the adjournment of your clients' deps, I met with my pulmonologist and we're pondering 1 or 2 surgeries. Do not want to inconvenience you or the witnesses.
3. Availability for your clients' deps: 5/11,17, 19,24. If you need more dates, pls reach out. Thx


Sent via the Samsung Galaxy S21 5G, an AT&T 5G smartphone