UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                          Proceeding Date: June 15, 2023

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                                      DOCKET NO. 20cv20481(KMW/AMD)
**Eric D. Blanding**
   v.
**Borough of Woodlynne, et al**

**APPEARANCES:**
Mitchell Goldfield, Esq. for plaintiff
Eric Riso, Esq. for defendants

**NATURE OF PROCEEDINGS:**     Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference on the record

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 10:46 a.m. Time Adjourned: 10:54 a.m. Total time: 8 mins.