

October 19, 2023

**VIA ELECTRONIC FILING**
Honorable Anne Marie Donio, U.S.M.J.
United States District Court of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

      RE:    **Eric Blanding v. Borough of Woodlynne, et al.**
              **Docket No.: 20-20481 (KMW/AMD)**
              **Our File No.: 6063-48-20**

Dear Judge Donio:

      The undersigned represents Defendants, Borough of Woodlynne ("Borough") and Officers Javier Acevedo and Eddie Perez, in connection with the above-captioned matter. Per the Text Order entered on October 18, 2023, an in-person Settlement Conference has been scheduled for November 9, 2023 at 1:30 p.m. See Doc. 89. Per Your Honor's Order Concerning Settlement Conferences, adjusters with full and complete settlement authority must appear in-person. See Doc. 90, ¶4. Unfortunately, my adjuster is not available on November 9, 2023. Moreover, I have been advised that the next Joint Insurance Fund meeting will not take place until December 8, 2023; therefore, I will not have actual authority until then. For these reasons, I am requesting that the Settlement Conference be rescheduled for a date after December 8, 2023. I have spoken with my adversary and can represent that Mr. Goldfield has no objection to this request.

      Your Honor's time and attention to this matter is greatly appreciated. Awaiting Your Honor's advices, I remain

                            Respectfully yours,

                            ZELLER & WIELICZKO, LLP

                By:   */s/ Eric J. Riso*
                            ERIC J. RISO, Esquire

EJR:jes
cc:   Mitchell Lee Goldfield, Esquire (via e-filing and email)
       Joseph M. Nardi, III, Esquire (via email)
       Denise Dorsey, Senior Claims Adjuster (via email)
        (Claim No: 65GL0000018331)